**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRIS MANWARING** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-2199** |
| | : | |
| **PA STATE TROOPER** | : | |
| **MICHAEL ROGERS, ET AL.** | : | |

**ORDER**

This 11th day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 37, is **GRANTED.**

/s/ Gerald Austin McHugh
United States District Judge